Receipt #062659

ORIGINAL

FILED
APR 5 2005
U.S. COURT OF
FEDERAL CLAIMS

ECF

# In the United States Court of Federal Claims

| | | |
|---|---|---|
| SMART BUSINESS MACHINES, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05- 05- 447C |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

### NATURE OF THE ACTION

1. Plaintiff Smart Business Machines, 34201 Melinz Parkway/Vokes Drive, Eastlake, Ohio 44095-4018, (Smart Business) seeks declaratory and injunctive relief under the Contract Disputes Act, 41 U.S.C. § 609(a)(1), and under the Federal Courts Administration Act of 1992, 28 U.S.C. § 1491(a)(2). Plaintiff challenges a decision of a Contracting Officer on April 5th, 2004, 41 U.S.C. § 605(a), a decision asserting a Government claim against Smart Business, a Government claim as set out in the Disputes (July 2002) clause, Federal Acquisition Regulation [48 C.F.R.] 52.233-1(c),

that the Contracting Officer could properly on April 5th, 2004 terminate as lapsed Purchase Order Number SPO750-04-M-D325 dated November 26th, 2003. Plaintiff asserts: (1) that Purchase Order Number SPO750-04-M-D325 was a unilateral offer to Smart Business to purchase other than commercial items, *viz.* cast steel driving-nondriving wheel spindles built to military specifications and drawings, Federal Acquisition Regulation [48 C.F.R.] 13.004(a); (2) that Purchase Order Number SPO-750-04-M-D325 became an irrevocable option contract after Smart Business proceeded with the work to the point that substantial performance had occurred, Federal Acquisition Regulation [48 C.F.R.] 13.004(b); *Davies Precision Machining, Inc. v. United States*, 35 Fed. Cl. 651, 658-59 (1996); (3) that the Contracting Officer's termination of Purchase Order Number SPO750-04-M-D325 on April 5th, 2004 was not made after a mandatory, first request from the Contracting Officer that Smart Business accept the cancellation without a claim that costs had been incurred as a result of beginning performance under Purchase Order Number SPO750-04-M-D325, Federal Acquisition Regulation [48 C.F.R.] 13.302-4(b); and thus (4) by reason of this Contracting Officer's unlawful termination of Purchase Order Number SPO750-04-M-D325 as lapsed on April 5th, 2004, Smart Business is entitled to be paid a per-

centage of the agreed price of this irrevocable option contract, this reflecting the percentage of work performed by Smart Business under Purchase Order Number SPO-750-04-M-D325 prior to receipt of the notice of termination, plus reasonable charges that resulted from the termination, Federal Acquisition Regulation [48 C.F.R.] 13.302-4(a)(2), (b)(2), this the lawful and proper termination of Purchase Order Number SPO750-04-M-D325 under the Terms and Conditions—Simplified Acquisitions (Other Than Commercial Items) (January 2004) clause, Federal Acquisition Regulation [48 C.F.R.] 52.213-4(f), the termination to which Smart Business is entitled.

## PARTIES

2. Smart Business is an Ohio sole proprietorship. Smart Business is the awardee of Purchase Order Number SPO750-04-M-D325, and thus a proper "Contractor" under the Contract Disputes Act, 41 U.S.C. § 601(4). Purchase Order Number SPO-750-04-M-D325 was issued on November 26th, 2003 by a Contracting Officer at Defense Supply Center Columbus, a field activity of the Defense Logistics Agency. Defense Logistics Agency is a United States Department of Defense agency. Defendants Defense Supply Center Columbus, Defense Logistics Agency, and the United States

Department of Defense are agencies and entities of the United States, and the United States Department of Defense is a proper "Executive Agency" under the Contract Disputes Act, 41 U.S.C. § 601(2). Purchase Order Number SPO750-04-M-D325 is an express unilateral option contract entered into by an Executive Agency for the procurement of property, and thus an Executive Agency Contract to which the Contract Disputes Act applies, 41 U.S.C. § 602(a)(1). Defendants Defense Supply Center Columbus, Defense Logistics Agency, and the United States Department of Defense are hereinafter referred to, collectively, as "the Defendant."

JURISDICTION

3. This Court has jurisdiction under 28 U.S.C. § 1491(a)(1) and 41 U.S.C. § 609-(a)(1). The decision by the Contracting Officer on April 5th, 2004 terminating Purchase Order Number SPO750-04-M-D325 for lapse is unlawful final agency action sufficient for purposes of general federal-question jurisdiction, 28 U.S.C. § 1331, is sufficiently final for the purposes of the Contract Disputes Act, 41 U.S.C. § 605(a) ("All claims by the government against a contractor relating to a contract shall be the subject of a decision by the contracting officer."), and is sufficiently final under 28 U.S.C. § 1491(a)(2) for this Civil Action seeking declaratory and injunctive relief, be-

cause this Civil Action arises, literally, from "a nonmonetary [dispute] on which a decision of the contracting officer has been issued . . . ." *Record Steel and Construction, Inc. v. United States*, 62 Fed. Cl. 508, 520 (2004).

4. This Civil Action is timely filed. Smart Business received the decision of the Contracting Officer unlawfully terminating Purchase Order Number SPO750-04-M-D325 on the day it was issued, April 5th, 2004, and this Civil Action is filed within one year from that date, 41 U.S.C. § 609(a)(3).

## AVERMENTS

The Unilateral Purchase Order.

5. On November 26th, 2003 a Contracting Officer at Defense Supply Center Columbus issued Purchase Order Number SPO750-04-M-D325 to Smart Business. As issued, Purchase Order Number SPO750-04-M-D325 was a unilateral offer subject to the Contract Disputes Act, 41 U.S.C. §§ 601-613. Purchase Order Number SPO-750-04-M-D325 contained the Disputes (July 2002) clause, Federal Acquisition Regulation [48 C.F.R.] 52.233-1(c), a clause which provided that "this contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C. 601-613)."

6. Purchase Order Number SPO750-04-M-D325 required delivery of other than commercial items, *viz.* one-hundred fifty-five cast steel driving-nondriving wheel spindles built to designated United States Army Tank-Automotive Command drawings and to be inspected in accordance with Department of Defense Handbook MIL-HDBK-1265, entitled "Radiographic Inspection, Classification and Soundness Requirements for Steel Castings," dated August 19th, 1998. Delivery was to be made on or before March 30th, 2004. Inspection and acceptance of these one-hundred fifty-five cast steel driving-nondriving wheel spindles, other than commercial items, was to be at origin, at Smart Business's production facility in Eastlake, Ohio. Upon delivery, Smart Business was to be paid $397.00 for each of these cast steel driving-nondriving wheel spindles, other than commercial item, or $61,535 total for one-hundred fifty-five cast steel driving-nondriving wheel spindles, other than commercial items.

<u>Substantial Performance</u>.

7. By March 19th, 2004 Smart Business had substantially performed Purchase Order Number SPO750-04-M-D325. Smart Business had by then received the completed steel castings at a cost of some $15,500, and had machined two of the cast steel

cast steel driving-nondriving wheel spindles and was ready to assemble these components, at a cost of some $4,000.00. Representatives of the Administrative Contracting Officer had visited Smart Business's Eastlake, Ohio production facility and were aware that Smart Business had proceeded with the work to the point that substantial performance had occurred.

The Unlawful Termination.

8. On Monday, April 5th, 2004 the Defendants' Contracting Officer wrote Smart Business that Purchase Order Number SPO750-04-M-D325:

> was an offer to purchase the supplies described therein provided that delivery was made by 03/30/2004. Since that date was not met, the Government's offer to purchase has lapsed. No deliveries will be accepted by the Government under this order . . . .

Purchase Order Number SPO750-04-M-D325, Modification Number P00001, April 5th, 2004. Smart Business received a facsimile of this Modification Number P00001 on the day that it was issued, Monday, April 5th, 2004.

COUNT I
THE CONTRACTING OFFICER'S TERMINATION OF
APRIL 5th, 2004 WAS UNLAWFUL
AND THEREFORE A MATERIAL BREACH.

9. Plaintiff incorporates and re-alleges paragraphs numbers 1. through 8. hereinabove as if fully set forth herein.

10. The Defendants' Contracting Officer's termination of Purchase Order Number SPO750-04-M-D325 as lapsed on April 5th, 2004 was unlawful because Purchase Order Number SPO750-04-M-D325 was by then, under Federal Acquisition Regulation [48 C.F.R.] 13.004(b), an irrevocable option contract, this due to Smart Business's having proceeded with the work to the point that substantial performance had occurred.

11. The Defendants' Contracting Officer's termination of Purchase Order Number SPO750-04-M-D325 as lapsed on April 5th, 2004 therefore constituted a material breach of Purchase Order Number SPO750-04-M-D325. *Marketing & Management Information, Inc. v. United States*, 57 Fed. Cl. 665, 675 (2003).

COUNT II
THE DEFENDANTS' CONTRACTING OFFICER'S TERMINATION
COULD HAVE BEEN LAWFUL ONLY IF SMART BUSINESS
HAD FIRST ACCEPTED A NO-COST TERMINATION.

12. Plaintiff incorporates and re-alleges paragraphs numbers 1. through 8. hereinabove as if fully set forth herein.

13. The Defendants' Contracting Officer's termination of Purchase Order Number SPO750-04-M-D325 on April 5th, 2004 could only have been lawful after the Defendants' Contracting Officer had made a mandatory, first request that Smart Business accept the cancellation without a claim that costs were incurred as a result of beginning performance under Purchase Order Number SPO750-04-M-D325, Federal Acquisition Regulation [48 C.F.R.] 13.302-4(b), and after Smart Business had accepted this offer.

14. The Defendants' Contracting Officer did not offer Smart Business a no-cost termination of Purchase Order Number SPO750-04-M-D325 before Purchase Order Number SPO750-04-M-D325 was terminated as lapsed on April 5th, 2004, and Smart Business would not have accepted such an offer of a no-cost termination of Purchase Order Number SPO750-04-M-D325 had this offer been made because Smart Busi-

ness had by then incurred substantial costs as a result of beginning performance under Purchase Order Number SPO750-04-M-D325.

COUNT III
THE DEFENDANTS' CONTRACTING OFFICER'S TERMINATION OF APRIL 5th, 2004 MUST BE PROCESSED UNDER THE TERMS AND CONDITIONS—SIMPLIFIED ACQUISITIONS (OTHER THAN COMMERCIAL ITEMS) (JANUARY 2004) CLAUSE, FEDERAL ACQUISITION REGULATION [48 C.F.R.] 52.213-4(F).

15. Plaintiff incorporates and re-alleges paragraphs numbers 1. through 8. hereinabove as if fully set forth herein.

16. Under Federal Acquisition Regulation [48 C.F.R.] 13.302-4(a)(2), (b)(2), the Defendant's Contracting Officer's termination of Purchase Order Number SPO750-04-M-D325 on April 5th, 2004 could have been lawful only upon the Defendants' Contracting Officer's prior agreement to pay Smart Business a percentage of the agreed price of this now irrevocable option contract, this payment reflecting the percentage of work performed by Smart Business prior to receipt of the Contracting Officer's notice of termination, plus reasonable charges that resulted from the termination, this a lawful and proper termination of Purchase Order Number SPO750-04-M-D325 under the Terms and Conditions—Simplified Acquisitions (Other Than

Commercial Items) (January 2004) clause, Federal Acquisition Regulation [48 C.F.R.] 52.213-4(f), the termination to which Smart Business is entitled.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests: (a) that the Court declare as improper and unlawful the Defendants' Contracting Officer's termination of Purchase Order Number SPO750-04-M-D325 as lapsed on April 5th, 2004; (b) that this Court order the Defendants' Contracting Officer to proceed with the termination of Purchase Order Number SPO750-04-M-D325 under the Terms and Conditions—Simplified Acquisitions (Other Than Commercial Items) (January 2004) clause, Federal Acquisition Regulation [48 C.F.R.] 52.213-4(f); and (c) that this Court grant such other and further relief as may be just and proper.

Respectfully submitted,

Cyrus E. Phillips, IV
District of Columbia Bar Number 456500
April 5th, 2005

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112
Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Electronic Mail: *lawyer@procurement-lawyer.com*

Attorney of record for Plaintiff,
Smart Business, an Ohio sole proprietorship.