ORIGINAL

ECF

FILED
APR 5 2005
U.S. COURT OF FEDERAL CLAIMS

# In the United States Court of Federal Claims

| | | |
|---|---|---|
| KAEPER MACHINE, INCORPORATED,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | ) | 05- 447C<br>No. 05-183C<br>(Judge Nancy B. Firestone) |

## NOTICE OF INDIRECTLY-RELATED CASE

Pursuant to RCFC 40.2(b) Plaintiff Kaeper Machine, Incorporated, 8680 Twinbrook Road, Mentor, Ohio 44060-4341 (Kaeper Machine) herewith gives Notice of an Indirectly-Related Case. Filed today on behalf of Smart Business Machines is a Complaint for Declaratory and Injunctive Relief. This is an Indirectly-Related Case.

Smart Business Machines, 34201 Melinz Parkway/Vokes Drive, Eastlake, Ohio 44095-4018 (Smart Business) is an Ohio sole proprietorship. Smart Business Machines operates from the same production facility as Euclid Machine, Incorporated (Euclid). Euclid was Kaeper Machine's subcontractor in this case. Kaeper Machine

raises the same issues regarding a decision of a Contracting Officer asserting the same sort of Government claim, that the Contracting Officer could properly terminate a Purchase Order as lapsed, as are raised by Smart Business in the Indirectly-Related Case filed today.

Respectfully submitted,

Cyrus E. Phillips, IV
District of Columbia Bar Number 456500
April 5th, 2005

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112
Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Electronic Mail: *lawyer@procurement-lawyer.com*

Attorney of record for Plaintiff,
Kaeper Machine, Incorporated.