IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SMART BUSINESS MACHINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-447C |
| v. | ) | |
| | ) | (Judge Firestone) |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of JAMES D. COLT, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Attention: Classification Unit
1100 L Street, NW, 8th Floor
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 305-7576
Fax: (202) 307-0972

Dated: April 25, 2005

s/James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division

CERTIFICATE OF FILING

I hereby certify that on this 25th day of April, 2005, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/James D. Colt