IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SMART BUSINESS MACHINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Nos. 05-447C |
| v. | ) | |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by seven days, from June 6, 2005, to and including June 13, 2005, the due-date for its response to plaintiff's complaint. This is the Government's first such request. The plaintiff has indicated that it does not oppose this enlargement.

Undersigned counsel has prepared a response to the plaintiff's complaint that is currently undergoing the internal review procedure that the Department of Justice requires prior to filing. Such review has not yet been completed, thereby making it unlikely that the defendant's response will be filed today, June 6, 2005. In addition, undersigned counsel is leaving today for depositions in another city in a different matter and will not return to the office until June 13, 2005. The Government does expect that it will be able to file an accurate and appropriate response by June 13, 2005.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by seven days, from June 6, 2005 to and including June 13, 2005, the due date for defendant's response.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

June 6, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2005, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt