IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SMART BUSINESS MACHINES, Plaintiff, | ) | Nos. 05-447C |
| v. | ) | (Judge Firestone) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by seven days, from June 13, 2005, to and including June 20, 2005, the due-date for its response to plaintiff's complaint. This is the Government's second such request, having received a prior seven-day enlargement. On June 13, 2005, undersigned counsel contacted plaintiff's counsel to seek his opinion of this proposed enlargement. Plaintiff's counsel has not yet responded.

Undersigned counsel has prepared a response to the plaintiff's complaint that is currently undergoing the internal review procedure that the Department of Justice requires prior to filing. Such review has not yet been completed, and the assigned reviewer has been called out of the office for an afternoon meeting, thereby making it unlikely that the defendant's response will be filed today, June 13, 2005. The Government does expect that it will be able to file an accurate and appropriate response by June 20, 2005.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by seven days, from June 13, 2005 to and including June 20, 2005, the due date for defendant's response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

June 13, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2005, a copy of the foregoing DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt