Attachment A

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J | PAGE 1 OF 2 PAGES

2. AMENDMENT/MODIFICATION NO.: P00001

3. EFFECTIVE DATE: See Blk. 16C

4. REQUISITION/PURCHASE REQ. NO: RPC03255000536

5. PROJECT NO. (If applicable)

6. ISSUED BY: CODE SP0700

...ense Supply Center Columbus
3990 E. Broad St.
P.O. BOX 16704
COLUMBUS, OH 43216-5010

INITIATOR: Betty J. Lavery
DSCC-PPPAMC3 614-692-2947 , FAX (614)692-4170

7. ADMINISTERED BY (If other than Item 6) CODE S3603A

DCMA CLEVELAND
ADMIRAL KIDD CENTER
555 EAST 88TH STREET
BRATENAHL OHIO 44108-1068

8. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)

SMART BUSINESS MACHINES
34201 MELINZ PARKWAY/ VOKES DRIVE
EASTLAKE OH 44095-4018

CODE 3GHT2 | FACILITY CODE

(x) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.: SP0750-04-M-D325

10B. DATED (SEE ITEM 13): 2003 NOV 26

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date ☐ is extended, ☐ is not extended.

Offeror must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the

(a) By completing Items 8 and 15, and ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to

12. Accounting and Appropriation Data (If required)
CG: 97X4930 5CC0 001 26.0 S33150 Payment By: S33181

Decrease $61535.00

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc). SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [X] is not [ ] is required to sign this document and return ________ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
NSN: 2530-01-102-4765

The above cited purchase order was an offer to purchase the supplies described therein provided that delivery was made by 03/30/2004. Since that date was not met, the Government's offer to purchase has lapsed. No deliveries will be accepted by the Government under this order for the following CLIN(s):

CONTINUED ON NEXT PAGE

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
Betty J. Lavery
PPPAMC3

15B. CONTRACTOR/OFFEROR

(Signature of person authorized to sign)

15C. DATE SIGNED

16B. BY Betty J. Lavery

16C. DATE SIGNED 2004 APR 05

| CONTINUATION SHEET | Reference Number of Document Being Continued: SP0750-04-M-D325/ P00001 | PAGE 2 | OF PAGES 2 |
|---|---|---|---|

| CLIN | NSN/Part Number | From Quantity | To Quantity | Destination |
|---|---|---|---|---|
| 0001 | 2530-01-102-4765 | 12 | 0 | SW3218 |
| 0002 | 2530-01-102-4765 | 100 | 0 | W25G1U |
| 0003 | 2530-01-102-4765 | 43 | 0 | W62G2T |

K 'RB'

Total amount of contract/order is ( ) increased (X) decreased by $61535.00 from $61535.00 to $ 0.00.

Distribution:
S3603A/S3603A DCMA CLEVELAND
AAA12/S33181 DFAS COLUMBUS CENTER