# In the United States Court of Federal Claims

**No. 05-447C**
**(Filed: June 24, 2005)**

* * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **SMART BUSINESS MACHINES,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The court hereby **SCHEDULES** a status conference for **Tuesday, June 28, 2005 at 2:00 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be reached at the following numbers: counsel for plaintiff at (202) 466-7008; counsel for defendant at (202) 305-7576. The court will initiate the call.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge