# In the United States Court of Federal Claims

**No. 05-447C**
**(Filed: June 28, 2005)**

* * * * * * * * * * * * * * * * * * * *
*
**SMART BUSINESS MACHINES,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * *

**O R D E R**

Based on the June 28, 2005 telephonic status conference, the court establishes the following expedited briefing schedule for the government's motion to dismiss:

| | |
|---|---|
| **Friday, July 8, 2005** | The plaintiff shall file its response to the government's motion regarding the jurisdictional issue arising under the Contract Disputes Act only; |
| **Friday, July 15, 2005** | The government shall file its reply regarding the jurisdictional issue. |

Should the court conclude that it has jurisdiction, it will set a separate briefing schedule regarding the government's motion to dismiss for failure to state a claim upon which relief can be granted.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge