# In the United States Court of Federal Claims

**No. 05-447C**
**(Filed: January 27, 2006)**

* * * * * * * * * * * * * * * * * * * *

**SMART BUSINESS MACHINES,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * *

## O R D E R

Oral argument on the government's motion to dismiss pursuant to Rule 12(b)(6) of the Rules of the United States Court of Federal Claims shall be heard on **Monday, February 6, 2006 at 11:00 a.m. eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC 20005. Counsel for each party shall appear in person. The courtroom number shall be posted in the lobby on the day of the proceeding.

At argument, the parties shall be prepared to address 48 C.F.R. § 13.302-4(b) and whether it applies to purchase orders that have not been accepted. The parties shall also be prepared to discuss the following cases: Appeal of Friedman Enter., Inc., ASBCA No. 54886, 05-2 BCA ¶ 32991, 2005 WL 1385135 (June 3, 2005), and Appeal of Alsace Indus. Inc., ASBCA No. 51709, 99-1 BCA ¶ 30227, 1999 WL 61201 (January 29, 1999), which hold that after a purchase order "lapses" the supplier bears the cost of non-performance.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge